IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHEVRON INTELLECTUAL PROPERTY LLC, a Delaware Limited Liability Company and CHEVRON U.S.A. INC., a Pennsylvania Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>IRAKLIS KOTZABALDIRIS and PLEASANT STREET STAR K,<br><br>Defendants. | Civil Action No. 1:10-cv-11180-PBS |

## PLAINTIFFS' MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS

Plaintiffs Chevron Intellectual Property LLC and Chevron U.S.A. Inc. (collectively, "Chevron" or "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this honorable Court to enter an order dismissing the counterclaims asserted by Defendants Iraklis Kotzabaldiris and Pleasant Street Star K (collectively, "Defendants"). In conjunction with their accompanying memorandum of law in support, Plaintiffs state as follows:

1.      Defendants' counterclaims allege that their "health and business suffered substantial (sic) losses as a result of Chevron's hostile actions[.]" The "hostile actions" appear to be: (1) Chevron's multiple requests that defendants remove all signage from

CC 2324870v1

their facility containing Texaco trademarks and/or the Star T design marks or displaying Texaco's distinctive exterior trade dress or similar trade dress creating a strong risk of consumer confusion, and (2) the subsequent filing of this lawsuit as a result of defendants' repeated refusals to do so.

2.     Even under the most generous reading, and taking into consideration the leniency afforded to pro se litigants, the counterclaims asserted by defendants fail to satisfy the minimum pleading standards required to state cognizable causes of action as set forth by the Supreme Court in *Twombly* and *Iqbal*.

3.     Defendants have failed to set forth the elements for any cause of action and have failed to provide any factual basis to support their allegations. For some counterclaims, defendants appear to assert independent causes of action that are unintelligible, not available or unsupported by federal or state law. For other counterclaims, aside from the aforementioned pleading deficiencies, defendants appear to assert causes of action upon which they are unable to prove any set of facts that would entitle them to relief.

WHEREFORE, for the foregoing reasons, and those stated in their accompanying memorandum of law, Plaintiffs Chevron Intellectual Property LLC and Chevron U.S.A. Inc. respectfully request that this Court enter an order: (1) dismissing all counterclaims asserted by defendants Iraklis Kotzabaldiris and Pleasant Street Star K for failure to state claims upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) and; (2) granting any further relief deemed just and appropriate under the circumstances.

Dated:  January 10, 2011

Respectfully submitted,

CHEVRON INTELLECTUAL PROPERTY, LLC, and CHEVRON U.S.A. INC.,

By their attorneys,

/s/ Sean Carnathan
Sean T. Carnathan (BBO # 636889)
Benjamin S. Kafka (BBO # 640993)
O'Connor Carnathan and Mack LLC
8 New England Executive Park
Suite 310
Burlington, MA 01803
scarnathan@ocmlaw.net
bkafka@ocmlaw.net

Bernadette M. Reilly (*admitted pro hac vice*)
Lathrop & Gage LLP
230 Park Avenue
Suite 1847
New York, NY 10169
(212) 850-6231

Luke Meriwether (*admitted pro hac vice*)
Lathrop & Gage LLP
2345 Grand Boulevard
Kansas City, MO 64108
(816) 460-5312

### RULE 7.1(A)(2) CERTIFICATION

I hereby certify that before filing this motion, I conferred with the Defendants/Counterclaim Plaintiffs in compliance with Local Rule 7.1(A)(2).

/s/ Sean T. Carnathan
An Attorney for Plaintiff

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document(s) to the following non-CM/ECF participants:

> Iraklis Kotzabaldiris and
> Pleasant Street Star K
> 368 Pleasant Street
> Belmont, MA 02478

> /s/ Sean Carnathan
> An Attorney for Plaintiff

4